**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-7107

RAMON PORTOREAL-QUEZADA,

Plaintiff - Appellant,

versus

WILLIE SCOTT, Warden; LIEUTENANT BRANCH,
Correctional Officer at Rivers Correctional
Institution; CORRECTIONAL OFFICER FAISON, at
Rivers Correctional Institution,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Malcolm J. Howard,
District Judge. (CA-03-319-5-H)

Submitted: January 29, 2004          Decided:  February 5, 2004

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Ramon Portoreal-Quezada, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ramon Portoreal-Quezada appeals the district court's order dismissing as frivolous his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Portoreal-Quezada v. Scott, No. CA-03-319-5-H (E.D.N.C. May 29, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED